**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-7433**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

CLARENCE EDWARD CYRUS, a/k/a CC, a/k/a Red,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Florence.  Cameron McGowan Currie, District Judge.  (4:99-cr-00221-CMC-1)

———————

Submitted:  October 22, 2012     Decided:  November 6, 2012

———————

Before WILKINSON, DUNCAN, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Clarence Edward Cyrus, Appellant Pro Se.  William E. Day, II, Assistant United States Attorney, Florence, South Carolina; Mark C. Moore, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Edward Cyrus appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Cyrus</u>, No. 4:99-cr-00221-CMC-1 (D.S.C. filed June 29, 2012, and filed July 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>